THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDROFLOW USA LLC, | CASE NO. C21-0714-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HYDROTECH SOLUTIONS LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant HydroTech Solutions LLC ("Tech") has filed a motion to dismiss or abate. (Dkt. No. 16.) Plaintiff HydroFlow USA LLC ("Flow") opposes, arguing, among other things, that dismissal or transfer of this case would be improper because Flow is not subject to personal jurisdiction in a related proceeding in Texas. (Dkt. No. 30 at 1.) The parties indicate that a hearing on the personal jurisdiction issue was to be held in the Texas case on August 12, 2021. Accordingly, it is hereby ORDERED as follows:

1. Tech's motion (Dkt. No. 16) is RE-NOTED to September 3, 2021.
2. On or before Wednesday September 1, 2021, the parties will submit a joint status report, limited to four pages, updating this Court on the Texas court's resolution (if any) of the personal jurisdiction issue.

a. The report must not contain any argument.

b. The parties will attach to the status report copies of any order, ruling, decision, minutes, or other official record of the August 12 hearing or of the Texas court's resolution of the personal jurisdiction issue.

DATED this 24th day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk